IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

CHARLES AND RACHAEL BOWMAN,

        *Plaintiffs*,

    -v-

PATHFINDER SOLUTIONS, LC, JOHN DOES(S), SAM DOE(S) AND MARK LINCOLN

        *Defendants.*

No. 6:21-cv-06366

Hon. Charles J. Siragusa

---

### DEFENDANTS' NOTICE OF MOTION TO ADMIT LEONARD R. POWELL TO PRACTICE PRO HAC VICE

PLEASE TAKE NOTICE that upon the affidavit of Jacob D. Alderdice, sworn to November 8, 2022 and the petition of Leonard R. Powell, dated November 9, 2022 and all the pleadings and proceedings herein, JENNER & BLOCK LLP will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Rule 83.1(i) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, admitting Leonard R. Powell, *pro hac vice* to represent defendant before this Court in all proceedings in this action.

Dated: November 9, 2022

Respectfully submitted,

/s/Jacob D. Alderdice
Jacob D. Alderdice
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
Fax: (212) 891-1699
jalderdice@jenner.com
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

CHARLES AND RACHAEL BOWMAN,

           *Plaintiffs*,

     -v-                                    No.  6:21-cv-06366

PATHFINDER SOLUTIONS, LC, JOHN        Hon. Charles J. Siragusa
DOES(S), SAM DOE(S) AND MARK
LINCOLN

           *Defendants.*

## MOTION TO ADMIT COUNSEL PRO HAC VICE

      Pursuant to Rule 83.1 of the Local Rules of the United States Court for the Western District of New York, Leonard R. Powell, hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants in the above-captioned action.

    Leonard R. Powell is a member in good standing of the bar of Washington, District of Columbia and there are no pending disciplinary proceedings against him in any state or federal court. Attached as Exhibits hereto are the following:

        Admission Petition Form – **Exhibit 1**

        Admission Sponsor Affidavit – **Exhibit 2**

        Attorney's Oath – **Exhibit 3**

        Civility Principles and Guidelines Oath – **Exhibit 4**

        Attorney Database and Electronic Case Filing Registration Form – **Exhibit 5**

Dated: November 9, 2022

Respectfully submitted,

/s/ Jacob D. Alderdice
Jacob D. Alderdice
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036-2711
Tel: (212) 891-1600
Fax: (212) 891-1699
jalderdice@jenner.com

and

David W. DeBruin (to be admitted pro hac vice)
Zachary C. Schauf (pro hac vice)
Leonard R. Powell (to be admitted pro hac vice)
Jenner & Block LLP
1099 New York Ave., N.W.
Washington, DC  20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
ddebruin@jenner.com
zschauf@jenner.com
leonardpowell@jenner.com

*Attorneys for Defendants*