UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

_____
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF           )

_____, being duly sworn deposes and says:

1. I reside at:

_____

and maintain an office for the practice of law at:_____

_____

2. I am an attorney at law, admitted to practice in the_____

_____, I was admitted to practice in the United States District Court for the

Western District of New York on the _____ day of _____, _____.

3. I have known the petitioner since _____ and under the following

circumstances:

_____

_____

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: _____

_____

_____

_____
Signature of Sponsoring Attorney

Sworn to before me this ____ day of _____, _____

Na'eem A. Conway
Notary Public, State of New York
No. 01CO06610667
Qualified in New York County
Commission Expires June 1, 2024

_____
Notary Public