UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ATTORNEY'S OATH

STATE OF _____ )
_____ COUNTY        ) SS:
                                )

I, Leonard R. Powell of Washington, District of Columbia
                        City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this 9th day of November, 2022.

_____
Notary Public

CHERYL L. OLSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires October 31, 2024

Rev. 2/2000